JOHN J. MCALLISTER et ux., complainants-appellants,

*v.*

RICHARD MCALLISTER, trustee, et al., defendants-respondents.

[Argued October 29th, 1936.   Decided January 28th, 1937.]

*Messrs. McCarter & English,* for the appellants.

*Messrs. Cole & Cole, Messrs. Babcock & Champion* and *Mr. Merritt Lane,* for the respondents.

PER CURIAM.

The decree under review is affirmed, by an equally divided court.

*For affirmance*—TRENCHARD, LLOYD, CASE, PERSKIE, HETFIELD, DEAR, WELLS, JJ.   7.

*For reversal*—THE CHIEF-JUSTICE, PARKER, BODINE, HEHER, WOLFSKEIL, RAFFERTY, COLE, JJ.   7.